UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOHN WILEY & SONS, INC.,

                    Plaintiff

                                              **Notice of Appearance**
                                              07 cv 4034 (RJH)

     - against -

JOHN H. DANIEL D/B/A/ ALDRIN
ARCHITECTURE AND DESIGN,

                    Defendant
------------------------------------------------------------X

       The undersigned, Bohmart & Sacks, P.C hereby appears as attorneys for defendant John Daniel and requests that all pleadings, court papers and notices shall be served on them in this action.

                                              **BOHMART & SACKS, P.C.**

                                              By _____
                                              JOEL K. BOHMART (0624)
                                              60 EAST 42nd Street
                                              New York, NY 10165
                                              Telephone 212 972-3557
                                              Facsimile 212 972-3607

Dated June 14, 2007