UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JOHN WILEY & SONS, INC.,

                Plaintiff

**Declaration of Service**
07 cv 4034 (RJH)

   - against -

JOHN H. DANIEL D/B/A/ ALDRIN
ARCHITECTURE AND DESIGN,

               Defendant
-----------------------------------------------------------X

I , Joel K. Bohmart, declare under penalty of perjury that I have served a copy of the

Notice of Appearance upon the following:

Perkins & Dunnegan
45 Rockefeller Plaza
New York, NY 10111

Date June 14, 2007

                                            BOHMART & SACKS

                                            By__s/jkb/_____
                                            JOEL K. BOHMART
                                            Attorneys for defendants
                                            60 EAST 42 STREET
                                            New York, NY 10165
                                            Telephone 212 972-3557
                                            Facsimile 212 972-360