```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

JOHN WILEY & SONS, INC.,               :

                    Plaintiff,         :

          - against -                  :    07 Civ. 4034(RJH)

JOHN H. DANIEL D/B/A/ ALDRIN           :
ARCHITECTURE AND DESIGN,
                                       :
                    Defendant.
                                       :
- - - - - - - - - - - - - - - - - - - -x
```

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the undersigned has moved its offices to:

> Dunnegan LLC
> 350 Fifth Avenue
> New York, New York 10118

Dated: New York, New York
       June 20, 2007

                                    DUNNEGAN LLC

                                    By _____
                                      William Dunnegan (WD9316)
                                      Megan L. Martin (MM4396)
                                    Attorneys for Plaintiff
                                      John Wiley & Sons, Inc.
                                    350 Fifth Avenue
                                    New York, New York 10118
                                    (212) 332-8300

## Declaration of Service

MEGAN L. MARTIN hereby declares pursuant to 28 U.S.C. § 1746:

1. I am an associate at the firm of Dunnegan LLC.

2. On June 20, 2007 I served by U.S. mail a true copy of the foregoing NOTICE OF CHANGE OF ADDRESS on attorneys for defendant:

>   Joel Bohmart, Esq.
>   Bohmart & Sacks, P.C.
>   60 East 42nd Street, 46th Fl.
>   New York, New York 10165

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of June 2007.

_____
Megan L. Martin