**BOHMART & SACKS, P.C.**
ATTORNEYS AT LAW
60 EAST 42ND STREET, 46TH FLOOR
NEW YORK, NY 10165

(212) 972-3557
FAX (212) 972-3607
jbohmart@aol.com
www.bohmart-sacks.com

MEMO ENDORSED

June 14, 2007

Honorable Kevin N Fox
United States Courthouse
500 Pearl St., Room 1950
New York, NY 10007

RE: Wiley & Sons. vs. David Daniel and John Daniel
Case # 06- cv 13373
Case # 07- cv 4034

Honorable Kevin N. Fox,

Judge Holwell has been assigned the case against John Daniel and we have filed a Notice of Appearance.

Since the two cases arise out of the same facts, and contain the same allegations and claims, we renew the request made in our June 11, 2007 letter, that the two cases be joined together for discovery and trial.

6/19/07
Application granted to the following extent only: the Court's order issued June 11, 2007, as it relates to discovery, will also govern discovery in the case bearing docket number 07 Civ. 4034. Inasmuch as the undersigned magistrate judge will not preside at the trial of either action, only the assigned district judge, will determine the sequence in which the actions will be tried.

SO ORDERED:
Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully Yours

Joel K. Bohmart

C/c Megan L. Martin