1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/07
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
JOHN WILEY & SONS, INC.,

                Plaintiff,

        v.                                06 CV 13373(RJH)(KNF)

DAVID DANIEL D/B/A ALDRIN
ARCHITECTURE AND DESIGN, JOHN
DOE NOS. 1-5 AND JANE DOES
NOS. 1-5,

                Defendant.
------------------------------x


JOHN WILEY & SONS, INC.,

                Plaintiff,            EXCERPT

        v.

JOHN H. DANIEL D/B/A ALDRIN
ARCHITECTURE AND DESIGN

                Defendant.
------------------------------x

                                      New York, N.Y.
                                      July 13, 2007
                                      3:00 p.m.

Before:

             HON. KEVIN N. FOX,

                         Magistrate Judge

                   APPEARANCES

DUNNEGAN LLC
     Attorney for Plaintiff
BY:  WILLIAM DUNNEGAN

BOHMART & SACKS, P.C.
     Attorneys for Defendant
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1   Order of
2   consolidation and permanent injunction.
3   It is hereby stipulated and agreed by and between the
4   undersigned counsel for the parties conditional upon the
5   approval of the Court that it is ordered, adjudged and decreed
6   that pursuant to Rule 42 of the Federal Rules of Civil
7   Procedure the above actions be and hereby are consolidated for
8   all purposes. And it is further ordered, adjudged and decreed
9   that defendants David Daniel and John Daniel D/B/A Aldrin
10  Architectural and Design, collectively Daniel, and their
11  agents, servants, employees and attorneys are hereby permanently
12  enjoined from infringing the registered copyrights for which
13  Wiley has received United States certificate of copyright
14  registration number TX3-878-689 for the work entitled
15  Architectural Graphic Standards, 9th Edition, and United States
16  certificate of copyright registration number 5-802-924-for the
17  work entitled Interior Graphic Standards in violation of 17
18  U.S.C. 501, and from infringing and counterfeiting Wiley's
19  registered marks number 2,168,941, 1,003,988 and 2,159,987 in
20  violation of 15 U.S.C. Section 1114(a).
21  7/13/07   SO ORDERED:
            *Kevin Nathaniel Fox*
22  Honorable Kevin Nathaniel Fox, United
23  States Magistrate Judge.
24  Consent to entry
25  The parties through their undersigned counsel hereby conse[nt]

*William Dunnegan*
attorney for Plaintiff

*Joel Bohn for*
*defendants*

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300