```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

JOHN WILEY & SONS, INC.,            :

                Plaintiff,          :

        - against -                 :     06 Civ. 13373 (RJH) (KNF)
                                          ECF CASE
DAVID DANIEL D/B/A/ ALDRIN          :
ARCHITECTURE AND DESIGN,
JOHN DOE NOS. 1-5 AND JANE          :
DOES NOS. 1-5,
                                    :
                Defendants.
                                    :
- - - - - - - - - - - - - - - - - - x

JOHN WILEY & SONS, INC.,            :     07 Civ. 04034 (KNF)

                Plaintiff,          :

        - against -                 :

JOHN H. DANIEL D/B/A ALDRIN         :
ARCHITECTURE AND DESIGN,
                                    :              8/10/07
                Defendants.
- - - - - - - - - - - - - - - - - - x
```

FINAL JUDGMENT

It is hereby stipulated and agreed that the above actions be and hereby are dismissed with prejudice and without costs, except that the Court shall retain jurisdiction to enforce the permanent injunction entered herein.

Dated: ~~July~~ August 10, 2007

_____
Honorable Kevin Nathaniel Fox
United States Magistrate Judge

CONSENT TO ENTRY

The parties through their undersigned counsel hereby consent to the entry of the foregoing final judgment.

Dated: July 16, 2007

                                   *William Dunnegan*
                                   William Dunnegan (WD9316)
                                   Attorney for Plaintiff

                                   *Joel Bohmart*
                                   Joel Bohmart (JB 4012)
                                   Attorney for Defendants